UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN SHAUL, <br><br> Plaintiff, <br><br> v. <br><br> ELKO COUNTY SHERIFF'S OFFICE, *et al.*, <br><br> Defendants. | Case No.: 3:22-CV-000052-RCJ-CSD <br><br> ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 3) |

   Before the Court is the Report and Recommendation of United States Magistrate Judge Craig S. Denney, (ECF No. 3[1]) entered on February 28, 2022, recommending that the Court grant Plaintiff's *In Forma Pauperis* Application (ECF No. 1), require Plaintiff to pay, through his institution, an initial partial filing fee in the amount of $10 and monthly payments until the full $350 filing fee is paid, and dismiss the Complaint (ECF No. 1-1) with prejudice.

   This action was referred to Magistrate Judge Denney under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Denney's Report and Recommendation (ECF No. 3) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's *In Forma Pauperis* application (ECF No. 1) is **GRANTED**. Within 30 days Plaintiff must pay, through his institution, an initial partial filing fee in the amount of $10. Thereafter, whenever Plaintiff's prison account exceeds $10, he is required to make monthly payments in the amount of 20 percent of the preceding month's income credited to his account until the full $350 filing fee is paid.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file Plaintiff's Complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the Complaint (ECF No. 1-1) is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly and close the case.

**IT IS SO ORDERED**.

Dated March 17, 2022.

_____
ROBERT C. JONES
United States District Judge